**FILED**

Jonathan Christopher Coffer
<small>Name and Prisoner/Booking Number</small>
Salinas Valley State Prison
<small>Place of Confinement</small>
P.O. Box 1050
<small>Mailing Address</small>
Soledad CA 93960
<small>City, State, Zip Code</small>

AUG 0 4 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jonathan Christopher Coffer
<small>(Full Name of Plaintiff)</small>          Plaintiff,

v.

(1) Officer Grigsby
<small>Full Name of Defendant</small>
(2) Officer Bennion
(3) Officer Ericson
(4) Officer Edwards
          Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:22cv 1386  DB (PC)
<small>(To be supplied by the Clerk)</small>

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   - ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   - ☐ Other: _____.

2. Institution/city where violation occurred: California State Prison Sacramento, Represa CA.

## B. DEFENDANTS

1. Name of first Defendant: **Officer Grigsby**. The first Defendant is employed as: **California State Prison Sacramento** at **floor officer**.
(Position and Title)       (Institution)

2. Name of second Defendant: **Officer Bennion**. The second Defendant is employed as: **Floor Officer** at **California State Prison Sacramento**
(Position and Title)       (Institution)

3. Name of third Defendant: **Officer Ericson**. The third Defendant is employed as: **Floor office** at **California State Prison Sacramento**
(Position and Title)       (Institution)

4. Name of fourth Defendant: **Officer Edwards**. The fourth Defendant is employed as: **Floor Office** at **California State Prison Sacramento**.
(Position and Title)       (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes  ☐ No
   3.c

2. If yes, how many lawsuits have you filed? **1**. Describe the previous lawsuits:

    a. First prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____.
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
       _____.

    b. Second prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____.
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
       _____.

    c. Third prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____.
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
       _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>Substandard Performance from Staff</u>
_____.

2. **Claim I.** Identify the issue involved. Check only one. State additional issues in separate claims.
   ☑ Basic necessities        ☐ Mail              ☐ Access to the court        ☑ Medical care
   ☐ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion       ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

<u>I was trying to kill myself on 4-16-21. I cut my wrist & tied a sheet on my neck. My door was covered with paper & the staff came around to check. I was blacked out for im not sure how long. I herd staff banging on my door. I wake up slightly from being unconcise.</u>

<u>Staff had to notice I was unconcise on the floor but never rung the emergency alarm.</u>

<u>They walk off. I finally gain concise & come to my door to let them know I was trying to kill myself but they were all of a sudden gone.</u>

<u>They ended up comming back after I alerted staff in Suicidal</u>

<u>I could of been dead in my cell when they walked off the First time. Why was there never an alarm sounded when noticed a person was unconcise in his room.</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>I was left alone in my cell while unconcise. Why was there never an alarm sounded</u>
_____.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

602 Log # 110466

## D. CAUSE OF ACTION

### CLAIM II

1. State the constitutional or other federal civil right that was violated: CCR 3268 Use of Force, DOm 51020 Use of Force, Law Enforcement Code of Ethics, Employee Performance Standards.

2. **Claim I.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: mishandeling of an unconcise person

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 7-21-21 I attempted suicide. I attempted by suffocating myself with a plastic bag. I ended up suffecting myself 7 passed out. The floor staff came by 7 seen that I was fainted in my room 7 culled an emergency alarm. ☑

When staff came in to see if I was ok they jumped on top of me with an armored shield. Im not sure if this is proper protocal but I feel 7 felt that this was excessive force by staff to an unconcise person.

They jumped on top of me 7 I started to regain concise 7 started to throw up. They shackled my legs with cuffs 7 treated me as if I was a pesan doing something wrong instead of being treated for my mental 7 medicel help

There was no need for shield shackles 7 restraining.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
my ankles were cut 7 bleeding because of the nature they put me in cuffs. Body was aching because I had both officers jump on me with shield 7 body armor.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

602 Log # 143211

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?    ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?    ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   - ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   - ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes    ☐ No
   b. Did you submit a request for administrative relief on Claim III?     ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?     ☐ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Pain & Suffering

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8 - 1 - 22
                      DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.