UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER, | No. 2:22-cv-01386-DAD-DB (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE |
| GRISBY, et al., | |
| Defendants. | (Doc. No. 7) |

Plaintiff Jonathan Christopher Coffer is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 30, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute. (Doc. No. 7.) In particular, on August 16, 2022, the court ordered plaintiff to submit a complete application to proceed *in forma pauperis* or pay the required filing fee within thirty days and advised plaintiff that his failure to comply with that order would result in a recommendation that this action be dismissed. (Doc. No. 3.) Plaintiff requested an extension of time in which to comply with the court's August 16, 2022 order, and the court granted plaintiff's

/////

/////

1

request on September 27, 2022. (Doc. Nos. 4, 5.)[1]  Thereafter, plaintiff did not submit a completed application as directed, pay the filing fee, or otherwise communicate with the court. The pending findings and recommendations were served on plaintiff at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 5 at 1–2.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.[2]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 30, 2023 (Doc. No. 7) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 27, 2023**

UNITED STATES DISTRICT JUDGE

---

[1] The service copy of the court's September 27, 2022 order granting plaintiff's requested extension of time was mailed to plaintiff at his address of record and was returned to the court marked as "Undeliverable, inmate out to court."  The Clerk of the Court re-served a copy of the court's September 27, 2022 order on November 3, 2022, and that service copy was again returned to the court marked as "Undeliverable, Return to Sender, Refused" on November 14, 2022.  Thus, plaintiff was required to file a notice of his change of address with the court no later than January 23, 20223.  To date, plaintiff has not filed a notice of his change of address or otherwise communicated with the court.

[2] The service copy of the findings and recommendations, which was mailed to plaintiff at his address of record, was also returned to the court marked as "Undeliverable, inmate out to court."