UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GRIGSBY, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-1386 DAD DB P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 on August 4, 2022. After plaintiff failed to submit a motion to proceed in forma pauperis or pay the filing fee, despite having over five months to do so, and when he did not inform the court of any address change, on February 27, 2023, the court dismissed the case without prejudice.

　　　　On June 1, 2023, plaintiff filed a document in which he appeared to seek to reopen the case. On June 6, 2023, the court denied that request. In a document filed here on November 27, 2023, plaintiff appears to again ask the court to reopen the case. Plaintiff is advised that this case was closed well over five months before he filed the second request to reopen the case and the court will not, again, consider the issue.

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's second request to reopen this case (ECF No. 12) is denied. Any further filings from plaintiff in this case will be disregarded.

Dated: June 6, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/coff1386.reopen(2)